DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HILLSBORO INLET INVESTMENTS, LLC,**
Appellant,

v.

**N. G. SCHICKMAN,**
Appellee.

No. 4D2024-2568

[November 13, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Tuter, Judge; L.T. Case No. CACE21-002295.

Zachary P. Hyman of Millennial Law, Inc., Fort Lauderdale (withdrew after filing initial brief), and Michael H. Nullman of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens (on reply brief), for appellant.

James Uthmeier, Attorney General, and Timothy L. Newhall, Office of the Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***